NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

MONDIS TECHNOLOGY LTD.,
*Plaintiff-Appellee,*

v.

HON HAI PRECISION INDUSTRY CO., LTD., ALSO KNOWN AS FOXCONN INNOLUX DISPLAY CORP., LITE-ON TECHNOLOGY CORP., LITE-ON TRADING USA, INC., TPV TECHNOLOGY, LTD., INNOLUX CORP., AND CHIMEI INNOLUX CORPORATION, FORMERLY KNOWN AS INNOLUX DISPLAY CORPORATION,
*Defendants,*

AND

TPV INTERNATIONAL (USA), INC., TPV ELECTRONICS (FUJIAN) CO. LTD., ENVISION PERIPHERALS INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., AND TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD.,
*Defendants-Appellants.*

---

2012-1208

---

Appeal from the United States District Court for the Eastern District of Texas in consolidated case nos. 07-CV-0565 and 08-CV-0478, Judge Rodney Gilstrap.

## ON MOTION

## ORDER

Upon consideration of the unopposed motion to withdraw the appendix filed with TPV International (USA), Inc. et al.'s (TPV) motion for an injunction, and to substitute an appendix for the motion for an injunction,

IT IS ORDERED THAT:

The motion is granted and the substituted appendix is accepted for filing. The previous appendix to the motion for an injunction will be discarded.

FOR THE COURT

**NOV 3 0 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jonathan D. Hacker, Esq.
    Martin J. Black, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 3 0 2012

JAN HORBALY
CLERK